John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 838239

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 06-10290 | 010-1 | KENNETH J. MASON<br>Original Check written to:<br>AMERICAN GENERAL FINANCE<br>PO BOX 3121<br>EVANSVILLE, IN 47731 | xxxxxxxxxxxxxx9376 | 1,161.38 | 168.99 | 0.00 | 168.99 |
| 06-10290 | 026-0 | KENNETH J. MASON<br>Original Check written to:<br>FIDELITY RESERVE CORPORATION<br>P O BOX 2190<br>DAPHNE, AL 36526- | | 980.37 | 215.63 | 0.00 | 215.63 |
| 08-60639 | 022-0 | SHANE L. BEDNARZ<br>Original Check written to:<br>SPIRIT OF AMERICA NATIONAL BANK<br>PO BOX 856132<br>LOUISVILLE, KY 40285-6132 | 8716 | 0.00 | 400.13 | 26.64 | 426.77 |
| 08-60639 | 029-0 | SHANE L. BEDNARZ<br>Original Check written to:<br>SUN LOAN COMPANY #074<br>2470 E TROPICAN AVE<br>LAS VEGAS, NV 89121- | 3926 | 0.00 | 128.26 | 2.90 | 131.16 |
| 09-60517 | 016-0 | TONNIE N. FRANKLIN<br>Original Check written to:<br>KARYN WARD<br>7522 CAMPBELL RD #113<br>DALLAS, TX 75248 | 4395 | 0.00 | 56.89 | 0.47 | 57.36 |
| 09-61064 | 044-0 | BILLY R. ROBERTS<br>Original Check written to:<br>NCO PORTFOLIO MANAGEMENT<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | xxxxxxx0966 | 287.27 | 10.27 | 0.00 | 10.27 |
| 09-61243 | 037-1 | RONDALL L. KIRKLAND<br>Original Check written to:<br>BANCO POPULAR NORTH AMERICA<br>8523 COMMODITY CIRCLE #100<br>ORLANDO, FL 32819- | 8619 | 100.62 | 5,936.38 | 100.62 | 6,037.00 |